IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE RAWLEY and ANNA KRANOVA | : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| TATTLE TAIL, INC., d/b/a Tattletale Lounge, DENIS KAUFMAN, and RICHARD R. SCHRONCE, | : : : : | CIVIL ACTION NO. 1:15-cv-3550-AT |
| Defendants. | : | |

## **ORDER AND CONSENT JUDGMENT**

The parties filed a Joint Motion to Approve Settlement of Claims and proposed Consent Judgment Under the Fair Labor Standards Act along with their proposed Settlement Agreement and Release [Doc. 16]. In their motion, the parties provide detailed information regarding the manner in which the settlement amounts were calculated. The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982).

Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the Parties' Motion [Doc. 16] and

**APPROVES** the Settlement Agreement and Release.  As agreed by the parties, the Court shall retain jurisdiction over this action for purposes of enforcing the settlement.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants are liable to Plaintiffs and Plaintiffs' Counsel in the amount of $81,250.00 Dollars. Interest shall accrue as allowed by law.  The Clerk is **DIRECTED** to close the case.

**SO ORDERED** this 13th day of April, 2016.

_____
**Amy Totenberg**
**United States District Judge**